AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

<table>
<tr><td>JONPAUL NADEAU<br><br><br><br>———————————————<br><i>Plaintiff(s)</i><br>v.<br><br>KH2 DEVELOPMENT, INC., BOB BRADY, and<br>LYNDA BRADY,<br><br>———————————————<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   0:24-cv-61210 Leibowitz</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lynda Brady
                                    1624 NE 16th Avenue
                                    Fort Lauderdale, Florida 33305

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sarah Stemer
                                          Stemer, PA
                                        6067 Dudley Court
                                        Arvada, Colorado 80004
                                        sarah@stemerlaw.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:     Jul 11, 2024

                                         *s/ Patricia Curtis*

Angela E. Noble
Clerk of Court

                                      Deputy Clerk
                                        U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JONPAUL NADEAU<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>KH2 DEVELOPMENT, INC., BOB BRADY, and<br>LYNDA BRADY,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  0:24-cv-61210 Leibowitz

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KH2 DEVELOPMENT, INC.
1624 NE 16th Avenue
Fort Lauderdale, Florida 33305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Sarah Stemer
Stemer, PA
6067 Dudley Court
Arvada, Colorado 80004
sarah@stemerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 11, 2024
_____

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | | |
|---|---|---|
| JONPAUL NADEAU | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) ) | Civil Action No.  0:24-cv-61210 Leibowitz |
| KH2 DEVELOPMENT, INC., BOB BRADY, and LYNDA BRADY, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bob Brady
1624 NE 16th Avenue
Fort Lauderdale, Florida 33305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sarah Stemer
Stemer, PA
6067 Dudley Court
Arvada, Colorado 80004
sarah@stemerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 11, 2024

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court